UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kashon Squire
_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Suffolk County
Linda hope
Shaquaisur Brooks
1st present
6th present
Cps Erica Daffney

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 30 2020 ★

LONG ISLAND OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV-20 4659**

JURY DEMAND

YES _____ NO _____

SEYBERT, J.

TISCIONE, M.J.

RECEIVED
SEP 30 2020
EDNY PRO SE OFFICE

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A.  **Name of plaintiff** _____

   If you are incarcerated, provide the name of the facility and address:

   110 Center drive River head NY

   Prisoner ID Number: 640783

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____


**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 2

_____
Full Name

_____
Job Title

_____
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

|                 |           |
|-----------------|-----------|
|                 | Address   |

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _____

_____

_____

When did the events happen? (include approximate time and date) _____

_____

_____

Facts: (what happened?) I was sined coustody of my kids from greensbro NC cps. I came back to NY with my kids and was liveing in a familey shelter with my kids and my self. Shaquaisur Brooks wich is my kids mother was having a-Afear and asked to work it out with me. and I said yes we where at a shelter together and a lady named linda hope had started a fight with us and I was locked up due to the fact that I was the only man. I then was not able to go back to the shelter there was a cps case that I did't no what was going on. Basicly my kids are kidnaped. As well I was under age at the time

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining of Relaship. about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I ended up geting my face cut.

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

Custody of My Kids
10,000 suffering

I declare under penalty of perjury that on _____, I delivered this
(date)
complaint to prison authorities at _____ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____      *[signature]*
                            Signature of Plaintiff

_____
Name of Prison Facility or Address if not incarcerated

_____
Address

_____
Prisoner ID#

rev. 12/1/2015

5

SUFFOLK COUNTY CORRECTIONAL FACILITY
110 CENTER DRIVE
RIVERHEAD, NY 11901

NAME: KaShan Squire

Suffolk County District Court
Attn: Criminal/Traffic Dept.
400 Carleton Avenue
P.O. Box 9073
Central Islip, New York 11722-9073

US District Court
Federal Bldg
100 Federal Plaza
Islip, NY 11722

400 Caleton Avenue
Central Islip, New York
11722



MID-ISLAND NY 117
19 SEP 2020 PM 3

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 11722
02 4W
0000354776 SEP 28 2020
$ 000.65⁰

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
SEP 30 2020
LONG ISLAND OFFICE